IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| SEMCRUDE LP, et al., ) | Bk. No. 08-11525 (BLS) |
| ) | |
| Debtors. ) | |
| _____) | |
| THOMAS L. KIVISTO, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 13-1379-SLR |
| ) | |
| COTTONWOOD PARTNERSHIP LLP, ) | |
| et al., ) | |
| ) | |
| Appellees, ) | |
| _____) | |
| COTTONWOOD PARTNERSHIP LLP, ) | |
| et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civ. No. 13-1380-SLR |
| ) | |
| THOMAS L. KIVISTO, ) | |
| ) | |
| Appellee. ) | |

**O R D E R**

At Wilmington this 11th day of September, 2013, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted. Briefing on the merits of the appeals is deferred pending resolution of the request for certification of direct appeal to the U.S. Court of Appeals.

_____
United States District Judge